JAHSS, Respondent, v. C. S. LAMBIE CO., Appellant. (Supreme Court, Appellate Divi-

sion, Second Department. April 12, 1912.) Action by Henry Jahss against the C. S. Lambie Company.

PER CURIAM. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

BURR, J., dissents.